Case 4:21-cv-00893   Document 25   Filed on 09/22/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DELIA ANN SELEDON, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No.: 4:21-cv-0893 |
| KILOLO KIJAKAZI, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, *Defendant*. | § § § § | |

## FINAL JUDGMENT

On December 9, 2021, the parties consented to proceed before a United States Magistrate Judge for all purposes, including the entry of a final judgment, under 28 U.S.C. § 636(c). In accordance with the Memorandum and Order entered this day affirming the Commissioner's final decision denying Delia Ann Seledon's request for social security benefits, it is

ORDERED that this case is DISMISSED.

This is a FINAL JUDGMENT.

Signed on September 22, 2022, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge